159 So. 887

### Edward L. PATE v. STATE.

#### 8 Div. 620.

Supreme Court of Alabama.
Nov. 8, 1934.

Rehearing Denied Jan. 24, 1934.

Fred S. Parnell, of Florence, for petitioner.
Thos. E. Knight, Jr., Atty. Gen., for the State.

BOULDIN, Justice.
Petition of Edward L. Pate for certiorari to the Court of Appeals to review and revise

the judgment and decision of that court in Pate v. State, 159 So. 894.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.